ACCEPTED
03-14-00090-CR
3721254
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 4:59:41 PM
JEFFREY D. KYLE
CLERK

No. 03-014-00090-CR

In the Court of Appeals
3rd District of Texas at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 4:59:41 PM
JEFFREY D. KYLE
Clerk

**PAUL MARTIN AHERN,**
**Appellant**

**vs.**

**THE STATE OF TEXAS,**
**Appellee**

---

### APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
### TO FILE REPLY BRIEF

---

**TO THE HONORABLE THIRD COURT OF APPEALS:**

NOW COMES, Paul Martin Ahern ("Mr. Ahern"), by and through his attorney of record, David Gonzalez, and files this, Appellant's First Motion for Extension of Time to File Reply Brief pursuant to Texas Rule of Appellate Procedure 10.5 and in support thereof, would show the Court the following:

a) The State's brief was filed on December 8, 2014.

b) Appellant's reply brief is currently due on **January 9, 2015**

c) This Request is that the deadline for filing the Appellant's Reply Brief be extended by 7 **days** to **January 16, 2015.**

d) Appellant has requested one previous extensions of time for submission of the Reply Brief.

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY BRIEF – Page 1**
*Paul Martin Ahern, Appellant v. State of Texas, Appellee*
Cause No. 03-14-00090-CR

e) Petitioner relies on the following facts as a reasonable explanation for the requested

extension of time:

1. With various holiday office closures, holiday travel, and illness counsel requires

   additional time to research and finalize the Reply Brief.

2. This request for an extension of time is not made for the purpose of delay, but to

   permit Appellant's counsel to adequately prepare and submit his reply brief in this

   case.

3. The undersigned's office has made attempts to contact, Rosa Theofanis of the

   Travis County District Attorney's Office, to ask if there would be opposition to

   this request. However, Counsel has not yet heard back from Ms. Theofanis before

   the filing of this motion.

Respectfully submitted,

**SUMPTER & GONZÁLEZ, L.L.P.**
206 E. 9th Street, Suite 1511
Austin, Texas 78701
Telephone: (512) 381-9955
Facsimile: (512) 485-3121

By: ___ David Gonzalez /s/ _____
    David Gonzalez
    State Bar No. 24012711
    david@sg-llp.com

**ATTORNEY FOR APPELLANT**
**PAUL MARTIN AHERN**

## CERTIFICATE OF SERVICE

By signing the above, I, David M. Gonzalez, certify that on January 9, 2015, a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to File Brief was served by eFile.TXCourts.gov or certified U.S. mail, return receipt requested and/or email on the following counsel of record:

Travis County District Attorney's Office
Rosa Theofanis
509 W 11th St, Austin
TX 78701
rosa.theofanis@co.travis.tx.us
AppellateTCDA@co.travis.tx.us


    _David Gonzalez /s/_____
    David M. Gonzalez